DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN CARLOS CERVANTES-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> JUAN CARLOS CERVANTES-              )<br> VALENCIA,                           )<br>                                     )<br>            Defendants.              )<br>                                     ) | Case No. 2:07-cr-00401-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 26, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JUAN CARLOS CERVANTES-VALENCIA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of June 12, 2008 be vacated and that a status conference be set for June 26, 2008 at 9:00 a.m.

///

////

///

///

This continuance is being requested because defense counsel needs additional time to review the plea offer and pre-plea PSR with Mr. Cervantes-Valencia and to provide them to the Court in advance.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 26, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 10, 2008            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                JUAN CARLOS CERVANTES-VALENCIA


                                McGREGOR SCOTT
                                United States Attorney


                                /s/ Rachelle Barbour for
DATED: June 10, 2008            _____
                                DANIEL McCONKIE
                                Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated: June 13, 2008

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

**2**