DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN CARLOS CERVANTES-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN CARLOS CERVANTES-VALENCIA,<br><br>        Defendants. | Case No. 2:07-cr-00401-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 7, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JUAN CARLOS CERVANTES-VALENCIA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of June 26, 2008 be vacated and that a status conference be set for August 7, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to review the plea offer and pre-plea PSR with Mr. Cervantes-Valencia and to provide them to the Court in advance of a

1  change of plea hearing.

2       The parties request that speedy trial time be excluded from the
3  date of this order through the date of the status conference set for
4  August 7, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
5  time to prepare] (Local Code T4).

6  DATED: June 24, 2008              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ RACHELLE BARBOUR
                                     _____
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JUAN CARLOS CERVANTES-VALENCIA


                                     McGREGOR SCOTT
                                     United States Attorney


                                     /s/ Rachelle Barbour for
   DATED: June 24, 2008              _____
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney

  _____**O R D E R**

  **IT IS SO ORDERED.**

   Dated: June 30, 2008

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

**2**