DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN CARLOS CERVANTES-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,            )<br>                                     )<br>         v.                          )<br>                                     )<br> JUAN CARLOS CERVANTES-               )<br> VALENCIA,                            )<br>                                     )<br>              Defendants.           )<br>                                     )<br>_____ | Case No. 2:07-cr-00401-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: September 4, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JUAN CARLOS CERVANTES-VALENCIA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of August 7, 2008 be vacated and that a status conference be set for September 4, 2008 at 9:00 a.m.

///

///

///

This continuance is being requested because defense counsel needs additional time to review the plea offer and pre-plea PSR with Mr. Cervantes-Valencia and to provide them to the Court in advance of a change of plea hearing.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for September 4, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 4, 2008               Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ RACHELLE BARBOUR
                                    _____
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN CARLOS CERVANTES-VALENCIA


                                    McGREGOR SCOTT
                                    United States Attorney


                                    /s/ Rachelle Barbour for
DATED: August 4, 2008               _____
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**