```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN CARLOS CERVANTES-VALENCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  CR. S-07-401 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| JUAN CARLOS CERVANTES-VALENCIA, | ) Date: September 25, 2008 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Morrison C. England, Jr. |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant United States Attorney, and defendant, JUAN CARLOS CERVANTES-VALENCIA by and through his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the Status Conference hearing date of September 4, 2008, be vacated and a new Status Conference hearing date of September 25, 2008, at 9:00 a.m. be set.

This continuance is being requested because defense counsel needs additional time to review the plea offer and pre-plea PSR with Mr. Cervantes-Valencia and to provide them to the Court in advance of a change of plea hearing.

///

1    The parties request that speedy trial time be excluded from the
2 date of this order through the date of the Status Conference set for
3 September 25, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4 [reasonable time to prepare] (Local Code T4).

Dated: September 2, 2008             Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Acting Federal Defender

                                     */s/ Rachelle Barbour*
                                     _____
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JUAN CARLOS CERVANTES-VALENCIA


DATED: September 2, 2008             McGREGOR SCOTT
                                     United States Attorney

                                     */s/ Rachelle Barbour for*
                                     *    Daniel McConkie*
                                     _____
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

                               **O R D E R**

**IT IS SO ORDERED.**


 Dated: September 3, 2008

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

2