DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN CARLOS CERVANTES-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-07-401-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: October 23, 2008 |
| JUAN CARLOS CERVANTES-VALENCIA, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JUAN CARLOS CERVANTES-VALENCIA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of October 16, 2008 be vacated and that a status conference be set for October 23, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to obtain and review a transcript from Mr. Cervantes' most serious prior conviction.  The parties must discuss the transcript

and defense counsel must provide it to defendant.  Defense counsel must then further review the plea offer and pre-plea PSR with Mr. Cervantes-Valencia and provide them to the Court in advance of a change of plea hearing.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 23, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 9, 2008         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ RACHELLE BARBOUR
                               _____
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorney for Defendant
                               JUAN CARLOS CERVANTES-VALENCIA


                               McGREGOR SCOTT
                               United States Attorney


                               /s/ Rachelle Barbour for
DATED: October 9, 2008         _____
                               DANIEL McCONKIE
                               Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2