Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Juan Carlos Cervantes-Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS CERVANTES-VALENCIA,<br><br>  Defendant. | No. 2:07-cr-00401-MCE<br><br>**STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

    Defendant Juan Carlos Cervantes-Valencia, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Daniel McConkie stipulate and agree the status conference currently set for October 29, 2008, should be reset to December 4, 2008, at 9:00 a.m.

    The parties stipulate and agree the time from October 29, 2008, up to and including December 4, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv)  (Local Code T4).

///

Present counsel for the defense was appointed on October 27, 2008. Defense counsel has received the file from prior counsel but has not yet had time to review it. The additional time is necessary for file review, defense investigation, legal research and potential plea negotiations.

DATED: October 28, 2008  /s/ Krista Hart
Attorney for Juan Carlos Cervantes-Valencia

DATED: October 28, 2008  McGREGOR SCOTT
United States Attorney

/s/ Daniel McConkie
Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: October 28, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2